**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000608
13-SEP-2022
01:37 PM
Dkt. 61 ODMR**

NO. CAAP-19-0000608

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DOREEN R. McKERNAN and MICHAEL S. McKERNAN,
Plaintiffs-Appellees, v.
THE ASSOCIATION OF APARTMENT OWNERS OF
KAMAOLE SANDS, Defendant-Appellant,
and
JOHN DOES 1-100; JANE DOES 1-100;
DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100;
and DOE ENTITIES 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 18-1-0493(1))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of Defendant-Appellant the Association of Apartment Owners of Kamaole Sands' Motion for Reconsideration filed herein on August 18, 2022 (**Motion for Reconsideration**), and the records and files herein,

IT IS HEREBY ORDERED that said Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 13, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge